No. D–2379. IN RE DISCIPLINE OF NERENBERG. Mark Joel Nerenberg, of Little Neck, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2380. IN RE DISCIPLINE OF JAMPOL. David Robert Jampol, of Hauppauge, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2381. IN RE DISCIPLINE OF HANKIN. Jerard Steven Hankin, of Poughkeepsie, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2382. IN RE DISCIPLINE OF BATTS. Rodney Batts, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2383. IN RE DISCIPLINE OF HILAIRE. Elmina M. Hilaire, of Westbury, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2384. IN RE DISCIPLINE OF ALLEN. Jessica Allen, of Seldon, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 04M12. SCOTT v. WASHINGTON DEPARTMENT OF LABOR AND INDUSTRIES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.